FOURTH DEPARTMENT, OCTOBER, 1970

(October 22, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER GRAHAM, Appellant.—

Present — Marsh, J. P., Moule, Bastow and Henry, JJ.

LAURA V. TEDROW, Respondent, v. ROBERT R. TEDROW, Appellant.—

Present — Goldman, P. J., Marsh, Witmer and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WILLIAMS, Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.